IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN E. WEISGOLD, P.C., a Pennsylvania Corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED MEDICAL ASSOCIATES P.C., DR. BRYAN H. EHRLICH, and JOHN DOES 1-2,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 21-1664-KSM |

## ORDER

**AND NOW**, this 14th day of December, 2021, upon consideration of Defendants' motion to dismiss (Doc. No. 7), Plaintiff's response (Doc. No. 8), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendants' motion is **DENIED**.

**IT IS SO ORDERED.**

                                                      */s/ Karen Spencer Marston*

                                                      KAREN SPENCER MARSTON, J.