IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN WEISGOLD, P.C., a Pennsylvania Corporation, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>ALLIED MEDICAL ASSOCIATES, P.C., DR. BRYAN H. EHRLICH, and JOHN DOES 1-12,<br>*Defendants*. | CIVIL ACTION<br><br>NO. 21-1664-KSM |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dean E. Weisgold, P.C., ("Plaintiff") and Defendants Allied Medical Associates, P.C. and Dr. Bryan H. Ehrlich , and John Does 1-12, ("Defendants"), stipulate and agree to the dismissal, *with prejudice*, of Plaintiff's claims against all Defendants in the above-captioned case, with each party to bear its own fees and costs. A proposed Order accompanies this Stipulation.

Dated: May 10, 2022

/s/   Nyran Rose Rasche
NYRAN ROSE RASCHE (admitted Pro Hac Vice)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, Illinois 60603
(312) 782-4880
nrasche@caffertyclobes.com

ELLEN MERIWETHER
I.D. No. 45210
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
205 North Monroe Street
Media, Pennsylvania 19063
(215) 864-2800
emeriwether@caffertyclobes.com

*Counsel for Plaintiff*


*/s/ David P. Heim*
DAVID P. HEIM
I.D. No.: 84323
BOCHETTO & LENTZ
1524 Locust Street
Philadelphia, PA 19102
(215) 735-9000
dheim@bochettoandlentz.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Nyran Rose Rasche, certify that the foregoing *Stipulation of Dismissal with Prejudice* was provided on this 10th day of May, 2022 via ECF notification to all parties of record.

Cafferty Clobes Meriwether & Sprengel LLP

/s/ *Nyran Rose Rasche*
Nyran Rose Rasche

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN WEISGOLD, P.C., a Pennsylvania Corporation, individually and on behalf of all others similarly situated,<br>      *Plaintiff*,<br><br>v.<br><br>ALLIED MEDICAL ASSOCIATES, P.C., DR. BRYAN H. EHRLICH, and JOHN DOES 1-12,<br>      *Defendants*. | CIVIL ACTION<br><br>NO. 21-1664-KSM |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

This cause coming before the Court pursuant to the Stipulation of Plaintiff Dean E. Weisgold, P.C., ("Plaintiff") and Defendants Allied Medical Associates, P.C., Dr. Bryan H. Ehrlich and John Does 1-12 ("Defendants"), to dismiss, *with prejudice*, all of Plaintiff's claims against all Defendants in the above-captioned case, the Court having considered the Stipulation, the record in the case, and being otherwise advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants in the above-captioned case are dismissed, *with prejudice*, with each side bearing its own attorneys' fees and costs.

DONE and ORDERED this 10th day of May, 2022.

                BY THE COURT:

                _____
                The Honorable Karen Spencer Marston
                United States District Judge